**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MIGUEL ANGEL HERNANDEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-450-R** |
| | ) | |
| **KRISTI NOEM, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Petitioner, proceeding pro so, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 asserting this his prolonged immigration detention without a bond hearing violates the Due Process Clause of the Fifth Amendment and the Administrative Procedures Act. Petitioner, now represented by counsel, subsequently filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in Case No. CIV-26-475-R which also raises a challenge to his immigration detention under the Fifth Amendment.

Since the instant Petition challenges the same detention and requests the same relief as the Petition in CIV-26-475, the instant Petition is subject to dismissal for being duplicative. *See Mitchell v. Gunja*, 76 F. App'x 865, 867 (10th Cir. 2003) (dismissing § 2241 claim for duplicating already-pending § 2241 claim).

Accordingly, the Petition in this action is dismissed and Petitioner may proceed with his claim in CIV-26-475.

1

IT IS SO ORDERED this 17th day of March, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE